IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                           PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:06cv516

U-HAUL INTERNATIONAL, INC. AND
U-HAUL CO. OF MISSISSIPPI                                                              DEFENDANTS

AND

MARVIN HIGHTOWER
                                                                                        INTERVENOR PLAINTIFF
V.

U-HAUL INTERNATIONAL, INC.,
U-HAUL CO. OF MISSISSIPPI
DOUGLAS WESTON, JR. AND
DOUGLAS WESTON, III                                                                    DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation for Dismissal With Prejudice filed jointly by Intervenor Plaintiff Marvin Hightower, Defendant U-Haul International, Inc., Defendant U-Haul Co. of Mississippi, Defendant Douglas Weston, Jr. and Defendant Douglas Weston, III, the Court finds that the relief requested is well-taken; therefore

IT IS HEREBY ORDERED AND ADJUDGED that the claims of Intervenor Plaintiff Marvin Hightower against all Defendants in this action be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

**SO ORDERED AND ADJUDGED,** this the 30th day of July, 2008.


                                        s/Daniel P. Jordan III
                                        UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s Walter Andrew Neely
W. Eric Stracener (MSB # 10429)
Walter Andrew Neely (MSB # 102168)
HAWKINS STRACENER & GIPSON, PLLC
Post Office Box 24627
Jackson, Mississippi  39225-4627

*Attorneys for Intervenor Plaintiff Marvin Hightower*

/s Mary Clay W. Morgan
J. William Manuel (MSB # 9891)
Mary Clay W. Morgan (MSB # 101181)
BRADLEY ARANT ROSE & WHITE, LLP
One Jackson Place, Suite 450
188 East Capitol Street
Jackson, Mississippi  39201

*Attorneys for U-Haul Co. of Mississippi, Douglas Weston, Jr. and Douglas Weston III*

/s Carlton W. Reeves
Carlton W. Reeves (MSB # 8515)
PIGOTT, REEVES JOHNSON, P.A.
775 North Congress Street
Jackson, Mississippi  39202

*Attorney for Defendant U-Haul International, Inc.*